MAURICE WAINER (State Bar No. 121678)
SNIPPER, WAINER & MARKOFF
270 N. Canon Drive, Penthouse
Beverly Hills, CA 90210
TELEPHONE: (310) 550-5770 ♦ FACSIMILE: (310) 550-6770
EMAIL: Mrwainer@swmfirm.com

Attorney for Plaintiff, FEDERAL DEPOSIT INSURANCE
CORP. as Receiver for INDYMAC BANK, FSB

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL SISCO an individual and doing business as AAA Mortgage Company, <br><br> Defendant. | Case No. CV 11-05314 ODW (PTBx) <br><br> **ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |

The Court having read and reviewed the Stipulation Re Dismissal Without Prejudice, and good cause appearing therefore, the Court orders as follows:

/ / /

/ / /

/ / /

1

1. That the Complaint filed by plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., is hereby dismissed without prejudice in its entirety.

DATE: April 30, 2012    BY: _____
HONORABLE OTIS D. WRIGHT, II
JUDGE OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA